**SEALED**

BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

JUL 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TROY LEE VICKERS, <br><br> Defendant. | Case No. 2:13-CR-0240 KJM <br><br> ORDER TO SEAL <br><br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: July 11, 2013

_____
KENDALL J. NEWMAN
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3