**FILED**

JUL 19 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TROY LEE VICKERS,<br><br>　　　　Defendant. | No. 2:13-cr-0240-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

　　This is to authorize and direct you to release TROY LEE VICKERS Case No. 2:13-cr-0240-KJM, charge: 18 USC § 2252(a)(2), from custody for the following reasons:

　　_____　Release on Personal Recognizance

　　__X__　Bail Posted in the Sum of $ 50,000.

　　　　　__X__　Unsecured Appearance Bond, co-signed by sister, Sandra Grant

　　　　　___　Appearance Bond with 10% Deposit

　　　　　___　Appearance Bond with Surety

　　　　　___　Corporate Surety Bail Bond

　　　　　__X__　(Other): Pretrial Services conditions

　　This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on July 19, 2013.

　　　　　　　　　　　　　　　　　　_/s/ Carolyn Delaney_
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE