1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-CR-00240 KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| TROY LEE VICKERS, | |
| Defendant. | |

This case is set to begin trial on March 2, 2015. The government has filed several motions in limine. *See* ECF 40. To the extent the court addresses certain of the motions prior to the start of trial, it does so below.

Motion No. 2: The court grants the motion to admit information regarding child pornography videos not identified in the indictment, as described in the government's briefing.

Motion No. 3: The court grants the motion to admit AT&T records as self-authenticating business records, subject to reviewing the original 902(11) certificate prior to the offering of any such records.

Motion No. 4: The court grants the motion to use a transcript of defendant's interview as a demonstrative, subject to reviewing the transcript prior to its use at trial to determine if redactions are required.

/////

1

Case 2:13-cr-00240-KJM   Document 49   Filed 02/26/15   Page 2 of 2

Motion No. 5: The court grants the motion to exclude defendant's non-incriminating out-of-court statements in the event defendant exercises his right not to testify.

Motion No. 8: The court grants the motion to exclude reference to defendant's potential punishment.

Motion No. 9: The court grants the motion to exclude witnesses from the courtroom with the exception of the government's case agent, subject to confirming the case agent's identity with the parties on the morning of trial. Of course if the defendant elects to testify he will not be excluded.

The court defers ruling on Motion Nos. 1, 6 and 7 subject to further discussion with counsel. Regarding Motion No. 1, the court will require further information regarding the length and number of "short clips" the government is requesting to admit; the court may require redaction of any images approved for admission.

To the extent the court has ruled on motions above, the rulings may be revisited during trial. To preserve an objection with respect to any issue addressed above, a party must make a proper record of that objection during trial.

SO ORDERED.

DATED: February 26, 2015.

_____
UNITED STATES DISTRICT JUDGE