IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>TROY LEE VICKERS,<br><br>                    Defendant<br><br>and<br><br>SANDRA GRANT,<br><br>                    Surety. | CASE NO. 2:13-CR-240-KJM<br><br>[PROPOSED] ORDER DECLARING BAIL FORFEITED |

**FILED**

JUN 03 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

WHEREAS on July 19, 2013, the defendant TROY LEE VICKERS was released from custody in this case on a $50,000 unsecured appearance bond; and

WHEREAS the defendant TROY LEE VICKERS was released on conditions that he make all future appearances in this Court; and

WHEREAS the defendant TROY LEE VICKERS failed to appear as ordered in this Court on March 2, 2015, for the first day of his jury trial in violation of the conditions of his release order;

Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED that, pursuant to Title 18, United States Code, Section 3146(d), and Rule 46(f)(1) of the Federal Rules of Criminal Procedure, the $50,000 unsecured appearance bond in this case is declared FORFEITED.

Dated: 6/3/15

KIMBERLY J. MUELLER
United States District Judge

[PROPOSED] ORDER OF BOND FORFEITURE                    1