1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   AMANDA BECK
3  Assistant U. S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-00240-KJM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| TROY LEE VICKERS, | |
| Defendant. | |

WHEREAS, on June 11, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Troy Lee Vickers, forfeiting to the United States the following property:

a. One HP Pavilion M9400 desktop computer, serial number MX2847070C;
b. One Hitachi Deskstar hard drive, serial number GTF200P8H128YF;
c. One 650 GB Western Digitial external USB hard drive, serial number 1100WMASU0430690;
d. One Apple Macbook computer; and
e. One DVD labeled "PTHC Laura."

AND WHEREAS, beginning on June 26, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of

publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.	A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Troy Lee Vickers.

2.	All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.	The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 17th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE